IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SCOTTY LAYNE HARRISON, § | |
| § | |
| Petitioner, § | |
| § | Civil Action No. 3:04-CV-0314-D |
| VS. § | |
| § | |
| NATHANIEL QUARTERMAN, Director, § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Division, § | |
| § | |
| Respondent. § | |

## **ORDER**

After making an independent review of the pleadings, files, and records in this case, and the report and recommendation of the magistrate judge, the court concludes that the recommendation of the magistrate judge is correct and is unopposed by either party. Accordingly, the recommendation is adopted.

**SO ORDERED**.

February 26, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE